UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 06, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLINTON EDWARD ATKINS,

Defendant.

Case No. 2:15-mj-00217-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CLINTON EDWARD ATKINS ,

Case No. 2:15-mj-00217-CKD  from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_

**X** Unsecured Appearance Bond $ 75,000, cosigned by wife.

\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_ Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): 3rd party custody to wife.

Issued at Sacramento, California on November 06, 2015 at 2:15pm

By: _(signature)_

Magistrate Judge Carolyn K. Delaney